UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHERYL WANER

        Plaintiff,

V.                                        CIVIL ACTION NO

PORTFOLIO RECOVERY ASSOCIATES, LLC

Defendant.                          JUNE 3, 2011

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code Commercial Law Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Glen Burnie, MD.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA.

6. Defendant is a collector within the MCDCA.

7. Defendant is a foreign corporation engaged in the business of collecting debts

in the State of Maryland with a principal place of business located 120

CORPORATE BOULEVARD, NORFOLK, VA 23502-0000  and is authorized to

do business in Maryland.

8.  The principal purpose of Defendant business is the collection of debts and

Defendant regularly attempts to collect debts alleged to be due another.

9.  Defendant communicated with Plaintiff or others on or after one year before

the date of this action, in connection with collection efforts with regard to

Plaintiff's disputed personal debt.

10.  The Defendant contacted the Plaintiff via telephone numerous times between

February 2011 and May 31, 2011 in an attempt to collect a dispute debt alleged by

Defendant to be owed by Plaintiff.

11.  The Plaintiff wrote a cease and desist letter and mailed same to the Defendant

after receiving multiple calls in February 2011.

12.  The Plaintiff advised that the calls subsided for a while after the Defendant

received her letter but continued in April 2011.

13.  The Plaintiff sent a second letter advising the Defendant to Cease and Desist

all calls on or about May 11, 2011.

13.  The Defendant continued to call the Plaintiff and made a call on May 31, 2011 in an attempt to collect the disputed debt.

14.  The Plaintiff advised the defendant collection agent that she had sent a letter to PRA, Inc. and advised them for a second time to cease and desist all calls.

15.  Defendants through their collection agent advised the Plaintiff , "that that department is behind and the letters have not caught up with the calls. I told her I found that hard to believe, then she kept pushing me to pay the balance. I told her I am disputing the debt again and for them to stop calling my number. I had to hang up on her since she refused to listen and just kept talking."

16.  In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692 c, e, and f.

SECOND COUNT:

17. The allegations of the First Count are repeated and realleged as if fully set forth herein.

18. Within three years prior to the date of this action Defendant has engaged in acts and practices as to Plaintiff in violation of the Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA").

19. Defendant has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code Commercial Law Consumer Practices Act § 13-301 et seq.

WHEREFORE Plaintiff respectfully requests this Court to:

1. Award Plaintiff statutory damages pursuant to the FDCPA.

2. Award Plaintiff statutory damages pursuant to MDCDCA.

3. Award Plaintiff costs of suit and a reasonable attorney's fee.

4. Award such other and further relief as this Court may see fit.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph   (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com